## **CERTIFICATE OF SERVICE**

I, Matthew R. Williams, Esquire, hereby certify that on August 21, 2020, I caused true and correct copies of the foregoing Motion for Partial Summary Judgment Regarding First Claim – Avoidance and Recovery of Transfers, Memorandum of Law in support thereof and Plaintiff's Statement of Undisputed Facts be served via the Court's ECF system upon the following:

Nicholas Poduslenko, Esquire
Edmond M. George, Esquire
Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL &HIPPEL LLP
Centre Square West
1500 Market Street, 34th Floor
Philadelphia, PA 19102
Tel: (215) 665-3140
Fax: (215) 665-3165
Email: nicholas.poduslenko@obermayer.com
edmond.george@obermayer.com
michael.vagnoni@obermayer.com

*Counsel for Prudential Savings Bank*

        */s/ Matthew R. Williams*
        Matthew R. Williams, Esq.